NADIA AHMED
Nevada Bar No. 15489
SKLAR WILLIAMS PLLC
410 South Rampart Boulevard, Suite 350
Las Vegas, Nevada 89145
Telephone:  (702) 360-6000
Facsimile:   (702) 360-0000

*Attorneys for Defendant, Kevin Lay, Jr.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>               Plaintiff,<br>vs.<br><br>KEVIN LAY, JR.,<br>               Defendant(s). | CASE NO.:  2:20-cr-00115-KJD-NJK<br><br>ORDER ON:<br>**STIPULATION TO CONTINUE<br>SENTENCING HEARING**<br>(Second Request) |

IT IS HEREBY STIPULATED AND AGREED by and between, CHRISTOPHER CHIOU, Acting United States Attorney, and Allison Reese, Assistant United State Attorney, on behalf of the United States, and Nadia Ahmed, Esq, attorney for Defendant Kevin Lay, Jr., that the sentencing and disposition hearing in the above captioned case, which is currently scheduled for November 16, 2021, at 11:30AM, be continued and reset to a date and time convenient to the Court, but not less than fourteen (14) days from the current setting.

The Stipulation is being entered for the following reasons:

1. Defendant entered a plea of guilty and sentencing was set by this Court for November 16, 2021.  Defendant was interviewed by a United States Probation Officer and a Pre-Sentence Investigation Report has been prepared.  Assistant Federal Public Defender Heidi Ojeda represented Mr. Lay, Jr. throughout these events.

2. On September 14, 2021, current defense counsel was appointed by the Court to represent Defendant in this matter, replacing Ms. Ojeda.

3. Mr. Lay's new counsel needs additional time to meet with her client and prepare for further proceedings in this case.

3. Defendant is in custody and does not object to the continuance.

4. This continuance is not sought for purposes of delay, but rather to allow sufficient time for Mr. Lay's counsel to represent him in this case effectively.

5. This is the first request to continue the sentencing hearing in this matter.

RESPECTFULLY SUBMITTED this 5th day of November, 2021.

/s/ *Nadia Ahmed*
NADIA AHMED, ESQ.
Sklar Williams LLP
Nevada Bar No. 15489
*Attorneys for Defendant, Kevin Lay, Jr.*

CHRIS CHIOU
UNITED STATES ATTORNEY

/s/ *Allison Reese*
ALLISON REESE
Assistant United State Attorney
*Attorney for Plaintiff*

## ORDER

**FINDING GOOD CAUSE, IT IS THEREFORE ORDERED** that the sentencing hearing in the above-captioned matter currently scheduled for November 16, 2021, at 11:30AM, be vacated and continued to a date and time convenient to this Court, but not less than fourteen (14) days from the current setting, that is January 11, 2022 at the hour of 10:00 a.m..

**IT IS SO ORDERED** this 8th day of November, 2021.

_____
UNITED STATES DISTRICT JUDGE