UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>KEVIN LAY, JR.,<br><br>　　　　　　　　　　　Defendant. | Case No. 2:20-cr-00115-KJD-NJK<br><br>**ORDER** |

Presently before the Court is Defendant's pro se Motion for Copies (#56). Defendant's motion requests a copy of his "governing plea agreement." (#56). Typically, the Court cannot provide free copies of electronically filed documents. Instead, there is a charge of 10 cents per page to obtain them. See LR IC 1-1(i)(5); 28 U.S.C. § 1914. However, as a courtesy, the Court will provide Defendant with a copy of his plea agreement (#28). Accordingly, **IT IS HEREBY ORDERED** that Defendant's Motion for Copies (#56) is **GRANTED**.

The Clerk of the Court is kindly directed to send Defendant the following:

1. A copy of his plea agreement (#28).
2. Details on how Defendant can purchase and receive any additional requested documents.

Dated this 9th day of May 2024.

_____
Kent J. Dawson
United States District Judge